UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cr-00244-MOC-DSC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **MICHAEL KIPP** | ) | |
| **JOANNE VIARD,** | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on the joint Motion Regarding Procedure for Sentencing. Having considered the joint motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the joint Motion Regarding Procedure for Sentencing (#233) is **GRANTED**, and a joint sentencing hearing will be held in this matter beginning at 9:30 a.m. on April 10, 2017, at which the Court will hear objections and other matters which are in-common to these defendants. Counsel for Mr. Pierrard and Mr. Pierrard in 3:15cr238 are welcome to attend, but are not required to do so as the Court understands they do not have similar objections.

The Clerk of Court is instructed to spread this Order to 3:15cr238.

Signed: March 26, 2018



1