UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cr-00238-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **JOHN R. PIERRARD,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's Motion to Seal sentencing memoranda. In accordance with the Local Criminal Rule 49.1.1(a), the Court has considered the Motion to Seal, the public's interest in access to such materials, and alternatives to sealing.

The Court determines that no less restrictive means other than sealing is sufficient inasmuch as public filing of such sentencing materials could reveal protected information under HIPPA or the E-Government Act, reveal names of minors contained in supporting materials, or reveal materials protected under those same provisions for family members. The Court will, however, consider any request made in the future to unseal such materials or portions of such materials. Having considered defendant's motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Seal sentencing memoranda (#31) is **GRANTED,** and defendant's Sentencing Memoranda may be filed under seal and remain sealed until further Order of this Court.

Signed: April 5, 2018



Max O. Cogburn Jr.

1